# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ROOSEVELT NORMAN, as administrator ad litem of the estate and on behalf of the wrongful death beneficiaries of Rufus Norman, deceased,

    Plaintiff,

v.

SOUTH PARKWAY ASSOCIATES, L.P. D/B/A PARKWAY HEALTH AND REHABILITATION CENTER, and WATERS OF MEMPHIS, A REHABILITATION AND NURSING CENTER, LLC, D/B/A WATERS OF MEMPHIS REHABILITATION AND NURSING CENTER F/K/A CHRISTIAN CARE CENTER OF MEMPHIS,

    Defendants.

Case No. 2:22-cv-2686-MSN-tmp
JURY DEMAND

---

## ORDER ON NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

---

Before the Court is Defendant South Parkway Associates, L.P. d/b/a Parkway Health and Rehabilitation Center's ("Defendant Parkway") Notice of Withdrawal of Defendant's Motion to Compel Arbitration and Stay Proceeding (ECF No. 23, "Notice") filed December 20, 2022. The Notice states that Defendant Parkway is withdrawing its pending Motion to Compel Arbitration and Stay Proceedings (ECF No. 12, "Motion") filed November 9, 2022. The Court **APPROVES** Defendant Parkway's withdrawal of its Motion. Although the Motion will remain on the docket as part of the record in this matter, the Court hereby terminates the Motion's pending status.

**IT IS SO ORDERED**, this 21st day of December, 2022.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2